## United States District Court for the Northern District of Illinois

Case Number: 08CV165        Assigned/Issued By: J. N.

Judge Name: GETTLEMAN       Designated Magistrate Judge: COLE

---

### FEE INFORMATION

*Amount Due:*  [✓] $350.00    [ ] $39.00    [ ] $5.00
               [ ] IFP        [ ] No Fee    [ ] Other _____
               [ ] $455.00

Number of Service Copies _____        Date: _____

(For Use by Fiscal Department Only)

Amount Paid: 350                           Receipt #: 2446686

Date Payment Rec'd: 1-8-08                 Fiscal Clerk: J. N.

---

### ISSUANCES

[✓] Summons                                [ ] Alias Summons

[ ] Third Party Summons                    [ ] Lis Pendens

[ ] Non Wage Garnishment Summons           [ ] Abstract of Judgment

[ ] Wage-Deduction Garnishment Summons     _____
                                           _____
[ ] Citation to Discover Assets            (Victim, Against and $ Amount)

[ ] Writ _____
         (Type of Writ)

__1__ Original and __0__ copies on __1-8-08__ as to __DEFENDANT__
                                   (Date)

_____
_____