AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

DU PAGE UPHOLSTERY, INC., and
JOSEPH RAMOS d/b/a DU PAGE UPHOLSTERY,
as individuals and on behalf of a class,

Plaintiffs,

CASE NUMBER: 08 C 165

V.

ASSIGNED JUDGE: Judge Gettleman

SMART MORTGAGE CENTERS, INC.,
and JOHN DOES 1-10,

DESIGNATED
MAGISTRATE JUDGE: Judge Cole

Defendants,

TO: (Name and address of Defendant)

Smart Mortgage Centers, Inc.
c/o Richard Birk, registered agent
2651 Warrenville Rd, Suite 580
Downers Grove, IL 60515

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LASALLE STREET - 18TH FLOOR
CHICAGO, IL 60603

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

JAN - 9 2008

DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | JANUARY 15TH 2008 |
| NAME OF SERVER (PRINT) ROBERT W. BRINDAC JR | TITLE PRIVATE DETECTIVE 115-001193 |

Check one box below to indicate appropriate method of service    DETECTIVE AGENCY # 117-001178

☒ Served personally upon the defendant. Place where served: SMART MORTGAGE CENTERS, 2651 Warrenville Rd, Downers Grove
SERVED TIM CHEAURE, OPPERATIONS MANAGER, SMART MORTGAGE CENTERS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on JAN. 15TH, 08        [signature] Robert Brindac
              Date                      Signature of Server

Brindac & Son
Private Investigations
6912 Main Street Suite #10
Downers Grove, IL 60516
Phone (630) 243-7393

Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.