

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DU PAGE UPHOLSTERY, INC. and JOSEPH RAMOS, d/b/a DU PAGE UPHOLSTERY, as individuals and on behalf of a class, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 08 C 165 |
| v. | ) ) | |
| SMART MORTGAGE CENTERS, INC., and JOHN DOES 1-10, | ) ) ) | |
| Defendants. | ) | |

FILED
FEB - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### NOTICE OF FILING

To:   Daniel A. Edelman, Esq.
      Edelman, Combs, Latturner & Goodwin, LLC
      120 South LaSalle Street, 18th Floor
      Chicago, IL 60603

You are hereby notified that on the 4th day of February, 2008, I filed by depositing with the U.S. Postal Service, in a pre-addressed stamped envelope to the Clerk of the United States District court, Northern District of Illinois, in the above-captioned cause, Smart Mortgage Centers, Inc.'s Appearance and Answer to Complaint, a copy of which is attached hereto.

### PROOF OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing Appearance and Answer to Complaint was served upon the attorney(s) of record of all parties to the above-entitled cause by enclosing the same in an envelope addressed to each such attorney at his respective address as disclosed by the pleadings of record herein, with postage fully paid, and by depositing said envelope in a United States Post Office depository in Wheaton, Illinois, on the 4th day of February, 2008.

                                              Daniel M. Nelson

Nelson Law Offices, P.C.
ARDC Attorney No. 6276705
129 West Willow Avenue
Wheaton, IL 60187
630/668-3131

U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08 C 165 |
|---|---|
| DU PAGE UPHOLSTERY, INC. and JOSEPH RAMOS d/b/a DU PAGE UPHOLSTERY, INC., as individuals and on behalf of a class, v. SMART MORTGAGE CENTERS, INC. and JOHN DOES 1-10. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

SMART MORTGAGE CENTERS, INC., Defendant

FILED
Feb 6, 2008
FEB - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Daniel M. Nelson |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Nelson Law Offices, P.C. |

| STREET ADDRESS |
|---|
| 129 West Willow Avenue |

| CITY/STATE/ZIP |
|---|
| Wheaton, IL 60187 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6276705 | 630/668-3131 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [X] | NO [ ] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [ ] | NO [X] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [ ] | NO [X] |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL [ ]     APPOINTED COUNSEL [ ]