

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DU PAGE UPHOLSTERY, INC. and JOSEPH RAMOS, d/b/a DU PAGE UPHOLSTERY, as individuals and on behalf of a class, | ) ) ) ) ) |
| Plaintiffs, | ) No. 08 C 165 |
| v. | ) ) |
| SMART MORTGAGE CENTERS, INC., and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

FILED
Feb 6, 2008
FEB - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### ANSWER TO
### COMPLAINT – CLASS ACTION
### MATTERS COMMON TO MULTIPLE COUNTS
### INTRODUCTION

Smart Mortgage Centers, Inc., by and through its attorneys, Nelson Law Offices, P.C., answering the Complaint filed herein, states as follows:

1. Defendant neither admits nor denies the allegations of Paragraph 1 of the Complaint, but demands strict proof thereof.

2. Defendant denies the allegations of Paragraph 2 of the Complaint.

### PARTIES

3. Defendant neither admits nor denies the allegations of Paragraph 3 of the Complaint, but demands strict proof thereof.

4. Defendant neither admits nor denies the allegations of Paragraph 4 of the Complaint, but demands strict proof thereof.

5. Defendant neither admits nor denies the allegations of Paragraph 5 of the Complaint, but demands strict proof thereof.

6. Defendant admits the allegations of Paragraph 6 of the Complaint.

7. Defendant denies the allegations of Paragraph 7 of the Complaint.

## JURISDICTION AND VENUE

8. Defendant denies the allegations of Paragraph 8 of the Complaint.

9. Defendant denies the allegations of Paragraph 9 of the Complaint and each and every subparagraph therein.

10. Defendant denies the allegations of Paragraph 10 of the Complaint.

## FACTS

11. Defendant denies the allegations of Paragraph 11 of the Complaint.

12. Defendant denies the allegations of Paragraph 12 of the Complaint.

13. Defendant denies the allegations of Paragraph 13 of the Complaint.

14. Defendant denies the allegations of Paragraph 14 of the Complaint.

15. Defendant denies the allegations of Paragraph 15 of the Complaint.

16. Defendant denies the allegations of Paragraph 16 of the Complaint.

17. Defendant denies the allegations of Paragraph 17 of the Complaint.

18. Defendant denies the allegations of Paragraph 18 of the Complaint.

## COUNT I – TCPA

19. Defendant incorporates its answers to Paragraphs 1-18 as its answer to Paragraph 19 of this Count I.

20. Defendant neither admits nor denies the allegations of Paragraph 20 but states that the statute speaks for itself.

21. Defendant neither admits nor denies the allegations of Paragraph 21 but states that the statute speaks for itself.

22. Defendant denies the allegations of Paragraph 22 of the Complaint.

23. Defendant denies the allegations of Paragraph 23 of the Complaint.

24. Defendant denies the allegations of Paragraph 24 of the Complaint.

25. Defendant denies the allegations of Paragraph 25 of the Complaint.

## CLASS ALLEGATIONS

26. Defendant denies the allegations of Paragraph 26 of the Complaint.

27. Defendant denies the allegations of Paragraph 27 of the Complaint.

28. Defendant denies the allegations of Paragraph 28 of the Complaint and each and every subparagraph therein.

29. Defendant denies the allegations of Paragraph 29 of the Complaint.

30. Defendant denies the allegations of Paragraph 30 of the Complaint.

31. Defendant denies the allegations of Paragraph 31 of the Complaint.

32. Defendant neither admits nor denies the allegations of Paragraph 32 of the Complaint and states that the cases speak for themselves.

33. Defendant denies the allegations of Paragraph 33 of the Complaint.

## COUNT II – ILLINOIS CONSUMER FRAUD ACT

34. Defendant incorporates its answers to Paragraphs 1-18 as its answer to Paragraph 34 of this Count II.

35. Defendant denies the allegations of Paragraph 35 of the Complaint.

36. Defendant denies the allegations of Paragraph 36 of the Complaint.

37. Defendant denies the allegations of Paragraph 37 of the Complaint.

38. Defendant denies the allegations of Paragraph 38 of the Complaint.

39. Defendant denies the allegations of Paragraph 39 of the Complaint.

40. Defendant denies the allegations of Paragraph 40 of the Complaint.

41. Defendant denies the allegations of Paragraph 41 of the Complaint.

42. Defendant denies the allegations of Paragraph 42 of the Complaint.

## CLASS ALLEGATIONS

43. Defendant denies the allegations of Paragraph 43 of the Complaint.

44. Defendant denies the allegations of Paragraph 44 of the Complaint.

45. Defendant denies the allegations of Paragraph 45 of the Complaint and each and every subparagraph therein.

46. Defendant denies the allegations of Paragraph 46 of the Complaint.

47. Defendant denies the allegations of Paragraph 47 of the Complaint.

48. Defendant denies the allegations of Paragraph 48 of the Complaint.

49. Defendant denies the allegations of Paragraph 49 of the Complaint.

## COUNT III – CONVERSION

50. Defendant incorporates its answers to Paragraphs 1-18 as its answer to Paragraph 50 of this Count III.

51. Defendant denies the allegations of Paragraph 51 of the Complaint.

52. Defendant denies the allegations of Paragraph 52 of the Complaint.

53. Defendant denies the allegations of Paragraph 53 of the Complaint.

54. Defendant denies the allegations of Paragraph 54 of the Complaint.

55. Defendant denies the allegations of Paragraph 55 of the Complaint.

56. Defendant denies the allegations of Paragraph 56 of the Complaint.

## CLASS ALLEGATIONS

57. Defendant denies the allegations of Paragraph 57 of the Complaint.

58. Defendant denies the allegations of Paragraph 58 of the Complaint.

59. Defendant denies the allegations of Paragraph 59 of the Complaint and each and every subparagraph therein.

60. Defendant denies the allegations of Paragraph 60 of the Complaint.

61. Defendant denies the allegations of Paragraph 61 of the Complaint.

62. Defendant denies the allegations of Paragraph 62 of the Complaint.

63. Defendant denies the allegations of Paragraph 63 of the Complaint.

WHEREFORE, Defendant, Smart Mortgage Centers, Inc., respectfully requests that this Court dismiss the Complaint with prejudice and that Defendant be awarded its costs herein.

                                                    */s/ Daniel M. Nelson*
                                                    Daniel M. Nelson

Daniel M. Nelson
Nelson Law Offices, P.C.
ARDC No. 6276705
129 West Willow Avenue
Wheaton, IL 60187
630/668-3131

5