# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 165 | **DATE** | 3/3/2008 |
| **CASE TITLE** | DuPage Upholstery    vs    Smart Mortgage Centers, Inc. | | |

**DOCKET ENTRY TEXT:**

Status report is due by 3/24/2008.
Status hearing is set for 3/27/2008, at 9:00 a.m.

[For further detail see separate order]
[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|