IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DU PAGE UPHOLSTERY, INC., and JOSEPH RAMOS d/b/a DU PAGE UPHOLSTERY, as individuals and on behalf of a class, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | 08 C 165 |
| v. | ) ) ) | Judge Gettleman Magistrate Judge Cole |
| SMART MORTGAGE CENTERS, INC., and JOHN DOES 1-10, | ) ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' MOTION TO EXTEND TIME

Plaintiffs DuPage Upholstery, Inc. and Joseph Ramos d/b/a DuPage Upholstery respectfully request an extension of time until March 25, 2008 to file the parties' joint report. In support thereof, plaintiffs state:

1. On March 3, 2008, this Court ordered the parties to confer, prepare and file a joint report of the parties on March 24, 2008.

2. Plaintiffs prepared a draft of the joint report and sent it to opposing counsel on March 7, 2008.

3. On March 13, 2008, defendant's counsel conferred with plaintiffs' counsel and requested until March 20, 2008 to submit any revisions to the report.

4. On March 20, 2008, plaintiffs' counsel contacted defendant's counsel and was advised by defendant's counsel's secretary that counsel was on trial.

5. On March 24, 2008, plaintiffs' counsel contacted defendant's counsel

regarding the joint report. Defendant's counsel advised plaintiffs' counsel that the trial was near completion today. Accordingly, plaintiffs respectfully request an extension of time until March 25, 2008 to file the joint report of the parties.

6. Plaintiffs do not request any change to the parties' initial status set for March 27, 2008 at 9:00 a.m.

WHEREFORE, plaintiffs respectfully an extension of time until March 25, 2008 to file the parties' joint report.

Respectfully submitted,

  /s/ Heather Kolbus  
Heather Kolbus

Daniel A. Edelman  
Heather Kolbus  
EDELMAN, COMBS, LATTURNER  
       & GOODWIN, LLC  
120 S. LaSalle Street, 18th Floor  
Chicago, IL 60603  
(312) 739-4200  
(312) 419-0379 (FAX)