IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| DU PAGE UPHOLSTERY, INC., and | ) | |
| JOSEPH RAMOS d/b/a DU PAGE | ) | |
| UPHOLSTERY, as individuals and | ) | |
| on behalf of a class, | ) | |
| | ) | 08 C 165 |
| Plaintiffs, | ) | |
| | ) | Judge Gettleman |
| v. | ) | Magistrate Judge Cole |
| | ) | |
| SMART MORTGAGE CENTERS, INC., | ) | |
| and JOHN DOES 1-10, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO**:   Please see Certificate of Service

**PLEASE TAKE NOTICE** that on March 27, 2008, at 9:15 a.m. we shall appear before Judge Gettleman in Room 1703 of the United States District Court for the Northern District of Illinois and present: **PLAINTIFFS' MOTION TO EXTEND TIME**, a copy of which is attached hereto and hereby served upon you.

s/ Heather Kolbus
Heather Kolbus

Daniel A. Edelman
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

        I, Heather Kolbus, certify that on March 24, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via U.S. Mail and facsimile:

Daniel M. Nelson  
Nelson Law Offices, P.C.  
129 W. Willow Avenue  
Wheaton, IL 60187  
(630) 668-8295 (fax)

                                            s/ Heather Kolbus  
                                            Heather Kolbus