IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DU PAGE UPHOLSTERY, INC., and JOSEPH RAMOS d/b/a DU PAGE UPHOLSTERY, as individuals and on behalf of a class, ) ) ) ) | |
| ) | 08 C 165 |
| Plaintiffs, ) | |
| ) | Judge Gettleman |
| v. ) | Magistrate Judge Cole |
| ) | |
| SMART MORTGAGE CENTERS, INC., and JOHN DOES 1-10, ) ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF FILING**

**TO**:   Please see Certificate of Service

**PLEASE TAKE NOTICE** that on March 25, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **JOINT STATUS REPORT**, a copy of which is attached hereto and hereby served upon you.


s/ Heather Kolbus
Heather Kolbus


Daniel A. Edelman
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

**CERTIFICATE OF SERVICE**

      I, Heather Kolbus, certify that on March 25, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via U.S. Mail and facsimile:

Daniel M. Nelson
Nelson Law Offices, P.C.
129 W. Willow Avenue
Wheaton, IL 60187
(630) 668-8295 (fax)

                                        s/ Heather Kolbus
                                        Heather Kolbus