IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DU PAGE UPHOLSTERY, INC., and JOSEPH RAMOS d/b/a DU PAGE UPHOLSTERY, as individuals and on behalf of a class, | ) ) ) ) ) |
| Plaintiffs, | ) 08 C 165 ) ) Judge Gettleman |
| v. | ) Magistrate Judge Cole ) |
| SMART MORTGAGE CENTERS, INC., and JOHN DOES 1-10, | ) ) ) |
| Defendants. | ) |

### STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(ii), Plaintiffs DuPage Upholstery, Inc. and Joseph Ramos d/b/a DuPage Upholstery, and Defendant Smart Mortgage Centers, Inc. hereby stipulate and agree to the dismissal of Plaintiffs' individual claims against Defendant Smart Mortgage Centers, Inc. with prejudice, and with each party bearing its own costs. Plaintiffs' class claims are dismissed without prejudice and with each party bearing its own costs.

s/ Heather A. Kolbus
Daniel A. Edelman
Heather Kolbus
EDELMAN, COMBS, LATTURNER
& GOODWIN, LLC
120 S. LaSalle Street, 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
*Attorneys for Plaintiffs*

s/
Daniel M. Nelson
NELSON LAW OFFICES, P.C.
129 W. Willow Avenue
Wheaton, IL
(630) 668-3131
(630) 668-8295 (FAX)
*Attorney for Defendant*