## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| DU PAGE UPHOLSTERY, INC., and ) <br> JOSEPH RAMOS d/b/a DU PAGE ) <br> UPHOLSTERY, as individuals and ) <br> on behalf of a class, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> SMART MORTGAGE CENTERS, INC., ) <br> and JOHN DOES 1-10, ) <br> ) <br> Defendants. ) | 08 C 165 <br><br> Judge Gettleman <br> Magistrate Judge Cole |

### NOTICE OF FILING

**TO**:   Please see Certificate of Service

      **PLEASE TAKE NOTICE** that on May 22, 2008, we caused to be filed with the clerk of the United States District Court for the Northern District of Illinois, the following document: **STIPULATION OF DISMISSAL**, a copy of which is attached hereto and hereby served upon you.


                                                          s/ Heather Kolbus
                                                          Heather Kolbus


Daniel A. Edelman
Heather A. Kolbus
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois  60603
(312) 739-4200
(312) 419-0379 (FAX)

## **CERTIFICATE OF SERVICE**

   I, Heather Kolbus, certify that on May 22, 2008, I caused a true and accurate copy of the foregoing document to be served upon the party listed below via U.S. Mail and facsimile:

Daniel M. Nelson
Nelson Law Offices, P.C.
129 W. Willow Avenue
Wheaton, IL 60187
(630) 668-8295 (fax)

                s/ Heather Kolbus
                Heather Kolbus