## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 165 | **DATE** | 5/28/2008 |
| **CASE TITLE** | DuPage Upholstery, Inc., et al    vs    Smart Mortgage Centers, Inc, and John Does | | |

**DOCKET ENTRY TEXT:**

On stipulation, plaintiff's individual claims are dismissed with prejudice and without costs. Plaintiffs' class claims are dismissed without prejudice and without costs.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|